VIOLA REUTHER and LEO J. REUTHER, Appellants, v. SHENK REALTY & CONSTRUCTION COMPANY, Respondent.— Plaintiff Viola Reuther stepped from apartment house premises to the public sidewalk, where her heel sank into the sidewalk, causing her to fall. She brought an action against the landlord of the apartment premises to recover for personal injuries, and her husband sued to recover for loss of services. Judgment dismissing the complaint at the close of plaintiffs' case unanimously affirmed, with costs. There is no evidence of negligence on the part of defendant. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

GIOVANI SCUDERI, Respondent, v. GRACE LINE, · INC., Appellant. NINO PISTORIO, Respondent, v. GRACE LINE, INC., Appellant.— Judgments in favor of the plaintiffs, in actions to recover for personal injuries suffered by them while employed as longshoremen on the defendant's ship, reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event. In our opinion the determination of the trier of the facts on the question of " rust " is against the weight of the evidence, and the other issues of claimed negligence presented were not passed upon. Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.

CHARLES SONBERG, Respondent, v. MOTOR ASSOCIATES, INC., Defendant, and CLARENCE MARSHALL, Appellant.— Action to recover for personal injuries. Order denying motion of defendant Marshall to strike out certain paragraphs of the complaint, on the ground that they were insufficient in law to establish, through the medium of a prior adjudication, that he was negligent, and that plaintiff was free from contributory negligence, in connection with a collision in which three automobiles were involved, affirmed, with ten dollars costs and disbursements. (*Good Health Dairy Products Corp.* v. *Emery,* 275 N. Y. 14; *Canfield* v. *Harris & Co.,* 252 id. 502; *Larme Estates, Inc.,* v. *Omnichrome Corp.,* 250 App. Div. 538.) Answer may be served within ten days from the entry of the order hereon. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.